

**ORIGINAL**

**FILED**

07/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0331

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0331

_____

MATTHEW G. MONFORTON,

    Petitioner,

v.

AUSTIN KNUDSEN, in his official capacity as
Attorney General; CHRISTI JACOBSEN,
in her official capacity as Secretary of State,

    Respondent.

_____

**FILED**

JUL 1 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of the motion filed by the Montana Association of REALTORS, the Montana Bankers Association, the Montana Building Industry Association, and the Montana Chamber of Commerce for leave to file an *amicus curiae* brief in support of Respondents, therefore,

IT IS ORDERED that the motion for leave to file an *amicus curiae* brief is GRANTED.

IT IS FURTHER ORDERED that the *amicus* brief shall be prepared, filed, and served by the same Respondents are required to file their response briefs, currently set for July 17, 2023, or as otherwise extended by this Court.

DATED this 11th day of July, 2023.

_____
Justice